UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE RODRIGUEZ<br><br>     Plaintiff,<br><br>     v.<br><br>JEFFREY MCKOY, DR. MIKHAIL GUSMAN, DR. ANN ANDOLA, DR. BIPIN BHAVSAR, NANCY ANTHONY, MEGAN MCGLYNN, AMANDA DEMSHICK, DAVID JACOBS, ROGER TRAYNOR,<br><br>     Defendants. | 9:15-CV-0610 (MAD/TWD) |

## DECLARATION OF ROBERT O'LOUGHLIN IN SUPPORT OF PLAINTIFF'S LETTER BRIEF REGARDING THE EFFECT OF HIS DEPORTATION

I, Robert O'Loughlin, declare as follows:

1. I am an attorney at Paul, Weiss, Rifkind, Wharton & Garrison LLP, a member of the Bar of the State of New York, and admitted to practice before this Court. I serve as counsel for Plaintiff Jose Rodriguez in this matter. I respectfully submit this declaration in support of Plaintiff's letter brief regarding the effect on this case of Mr. Rodriguez's deportation to the Dominican Republic.

2. To the best of my knowledge, Mr. Rodriguez was released from prison on or about September 6, 2017, and was deported to the Dominican Republic on or about October 3, 2017. Attached hereto as Exhibit A is a copy of Mr. Rodriguez's deportation order, dated December 16, 1999.

3. Since Mr. Rodriguez was deported, he has been in regular contact with his lawyers from Paul, Weiss to discuss the prosecution of this case. His deportation has not hindered the litigation to date.

4.      Mr. Rodriguez is willing and able to be deposed in the Dominican Republic, either in-person or through videoconferencing.  Over the past several months, Paul, Weiss lawyers—myself included—have discussed with Defendants' counsel scheduling Mr. Rodriguez's deposition in the Dominican Republic.  I also have contacted potential local counsel in the Dominican Republic who would be able to assist with coordinating his deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2018.

_____
Robert J. O'Loughlin