# Exhibit A

```
                     IMMIGRATION COURT
                  RED SCHOOLHOUSE ROAD
                   FISHKILL, NY  12524
In the Matter of
                              Case No   A37-161-963
*S-RODRIGUEZ, JOSE MIGUEL
    Respondent            IN REMOVAL PROCEEDINGS
    96-A-0803
                    ORDER OF THE IMMIGRATION JUDGE
```

This is a summary of the oral decision entered on Dec 16, 1999
This memorandum is solely for the convenience of the parties   If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case

[X] The respondent was ordered removed from the United States to DOMINICAN REPUBLIC ~~or in the alternative to~~
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to DOMINICAN REPUBLIC or in the alternative to
[ ] Respondent's application for voluntary departure was granted until ____ upon posting a bond in the amount of $ _____ with an alternate order of removal to DOMINICAN REPUBLIC
[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn
[ ] Respondent's application for withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn
[ ] Respondent's application for cancellation of removal was ( )granted under section 240A(b)(1)   ( ) granted under section 240A(b)(2)   ( ) denied ( ) withdrawn  If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order
[X] Respondent's application for a waiver under section 212(c) of the INA was ( )granted (X)denied ( )withdrawn or ( )other *pretermitted*
[ ] Respondent's application for adjustment of status under section ____ of the INA was ( )granted ( )denied ( )withdrawn  If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order
[ ] Respondent's status was rescinded under section 246
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision
[ ] Proceedings were terminated
[ ] Other: _____

Date    Dec 16, 1999
Appeal  Waived/Reserved    Appeal Due By  Jan 18, 2000
        by alien

                                      MITCHELL A LEVINSKY
                                      Immigration Judge

CLD